# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANZELL SMITH, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CAMPUS COMMUNITIES SERVICES, INC., a Delaware corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-01539-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING REMAND**<br><br>Complaint Filed: June 18, 2020<br>Removal Filed: July 31, 2020<br>Trial Date: None Set |

ORDER

Upon consideration of the Parties' Stipulation, and good cause appearing, it is hereby ordered that this action be **REMANDED** to the Superior Court of California, County of Sacramento. All dates on calendar are hereby vacated. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal and subsequent remand of this action and other proceedings in this Court.

IT IS SO ORDERED.

Dated: June 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER